UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BONNIE MAXSON,

                Plaintiff,                        Case Number 06-14429
v.                                                                           Honorable David M. Lawson
                                                                            Magistrate Judge Mona K. Majzoub
COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

Presently before the Court is the report issued on July 30, 2007 by Magistrate Judge Majzoub pursuant to 28 U.S.C. § 636(b), recommending that this Court deny the plaintiff's and the defendant's motion for summary judgment. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 17] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's motion for summary judgment [dkt # 10] and the defendant's motion for summary judgment [dkt # 16] are **DENIED** and the case is **REMANDED**

to the Administrative Law Judge for further proceedings consistent with this order and the Report and Recommendation.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated: August 20, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 20, 2007.

s/Felicia M. Moses<br>
FELICIA M. MOSES